UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>Respondent. | Case No. 20-03888 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On May 29, 2020, Petitioner, a California federal prisoner, filed a letter which was construed as an attempt to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Dkt. No. 1.[1]  On June 12, 2020, the Clerk notified Petitioner that in addition to filing a petition on the Court's form, Dkt. No. 2, she needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal.  Dkt. No. 4.

The deadline has passed, and Petitioner has failed to respond to either notice. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: 7/23/2020

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.20\3888Gonzalez_dism-ifp&pet.docx

---

[1] Petitioner's case was reassigned to this Court on July 20, 2020.  Dkt. Nos. 5, 6.